IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00878-MSK-MJW

AMAN ENTERTAINMENT, INC.,

Plaintiff,

v.

ECHOSTAR SATELLITE, LLC,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Unopposed Motion for Leave to File Amended Complaint (Docket No. 28) is granted, and the tendered Amended Complaint (Docket No. 28-2) is accepted for filing as of the date of this Minute Order.

Date:   August 10, 2009