IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00878-MSK-MJW

AMAN ENTERTAINMENT, INC.,

Plaintiff(s),

v.

ECHOSTAR SATELLITE, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Stipulated Motion for Entry of Agreed Protective Order (docket no. 33) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 33-2) is APPROVED as amended in paragraphs 16 and 22 and made an Order of Court.

Date:  August 12, 2009