IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00878-MSK-MJW

AMAN ENTERTAINMENT, INC.,

Plaintiff,

v.

ECHOSTAR SATELLITE, LLC,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that defendant's Motion to Extend Deadline for Amendment of Pleadings (Docket No. 42) is granted, and thus the deadline for amendment of pleadings is extended up to and including September 16, 2009.  It is further

**ORDERED** that defendant's Unopposed Motion for Leave to File Answer and First Amended Counterclaims (Docket No. 43) is granted.  The tendered Answer and Amended Counterclaim (Docket No. 43-2) is accepted for filing as of the date of this Minute Order.

Date: September 10, 2009