IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Action No. 09-cv-00878-MSK-MJW

AMAN ENTERTAINMENT, INC., d/b/a/ DREAMAKERS,

    Plaintiff/Counterdefendant,

v.

ECHOSTAR SATELLITE, LLC, d/b/a/ DISH NETWORK,

    Defendant/Counterclaimant.

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER (Docket No. 56)

Upon consideration of the Joint Motion to Amend Scheduling Order filed by Plaintiff/Counterdefendant Aman Entertainment, Inc. d/b/a Dreamakers and Defendant/Counterclaimant Echostar Satellite, LLC d/b/a/ DISH Network, and for good cause shown, it is

**HEREBY ORDERED** that the Joint Motion is granted and the parties shall hereinafter abide by the following discovery schedule:

- *Discovery Cut-off*: February 19, 2010 to <u>April 30, 2010</u> (70-day extension).
- *Last Day to Serve Discovery*: January 16, 2010 to <u>April 2, 2010</u>.
- *Dispositive Motion Deadline*: March 22, 2010 to <u>May 21, 2010</u>.
- *Plaintiff Expert Witness Disclosures*: December 15, 2009 to <u>April 23, 2010</u>.
- *Defendant Expert Witness Disclosures*: January 15, 2010 to <u>May 17, 2010</u>.
- *Rebuttal Expert Witness Disclosures*: February 19, 2010 to <u>June 14, 2010</u>.

- *Expert Discovery Cut-off*: July 9, 2010.

- *Deadline to Schedule Depositions*: December 14, 2009 to February 1, 2010.

This Order also grants an additional 15 Requests for Production of Documents (for a total of 45) and 15 Interrogatories (for a total of 35).

DATED this 16TH day of December, 2009

United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2