IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Action No. 09-cv-00878-MSK-MJW

AMAN ENTERTAINMENT, INC., d/b/a/ DREAMAKERS,

    Plaintiff/Counter-Defendant,

v.

ECHOSTAR SATELLITE d/b/a/ DISH NETWORK,

    Defendant/Counter-Claimant.

---

## (PROPOSED) ORDER GRANTING STIPULATED MOTION FOR MODIFICATION OF SCHEDULING ORDER ( DN 71 )

---

THIS MATTER, having come before the Court upon Plaintiff's **STIPULATED MOTION TO AMEND SCHEDULING ORDER**, and the Court, having reviewed the motion and being fully advised of the premises therein,

**ORDERS** the Motion is **GRANTED.** The Scheduling Order shall be modified as follows:

Deposition discovery cut-off – May 21, 2010

Dispositive Motion Deadline – June 9, 2010

Plaintiff's Expert Witness Disclosures – May 14, 2010

Defendant's Expert Witness Disclosures – June 7, 2010

Rebuttal Expert Witness Disclosures – June 21, 2010

Dated this 21 day of April, 2010.

BY THE COURT

_____
**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**

967910.1