IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00878-MSK-MJW

AMAN ENTERTAINMENT, d/b/a DREAMAKERS,

    Plaintiff,

v.

ECHOSTAR SATELLITE d/b/a DISH NETWORK,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the Joint Motion for Order of Dismissal With Prejudice **(#90)** filed July 6, 2010. The Court having reviewed the foregoing:

**ORDERS** that motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 6th day of July, 2010.

                      **BY THE COURT:**

                      *Marcia S. Krieger* (signature)

                      Marcia S. Krieger
                      United States District Judge